\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

American Broadcasting Company
Inc., *et al*,

       vs.                  Case No. 1:04-cv-750

J. Kenneth Blackwell.

                              **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

     IT IS ORDERED AND ADJUDGED that pursuant to the September 26, 2006 Order - this action is hereby DISMISSED.

Date:  **September 27, 2006**        **James Bonini, Clerk**

                                      s/ Jennifer Kacsor
                                By Jennifer Kacsor/Courtroom Deputy